UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KIMBERLY WILLIAMS,

        Plaintiff,

  v.

                                  Case No. 19-cv-1884-bhl

ANDREW M SAUL,

        Defendant.

---

## ORDER DISMISSING CASE

---

On December 23, 2019, the plaintiff – who is represented by counsel – filed a complaint seeking review of the defendant's denial of the plaintiff's claims under Title II and Title XVI of the Social Security Act, 42 U.S.C. §423. On February 14, 2020, the plaintiff filed a Declaration of Service that failed to include the name of the plaintiff, the case number, the date of service, the date of execution, and the signature of the declarant. The clerk of court electronically notified plaintiff's counsel of the deficiency on February 18, 2020 and April 6, 2020.

On October 6, 2020, the court issued an order to show cause, directing the plaintiff, on or before October 20, 2020, to (1) show cause why the court should not dismiss the case due to the failure to complete service and (2) file proper proof of service under Fed. R. Civ. P. 4(l). The plaintiff did not show cause or file proper proof of service. Civil L.R. 41(c) allows the court to dismiss a case if it appears to the court that the plaintiff is not diligently prosecuting it.

Accordingly, the Court ORDERS that this case is DISMISSED WITHOUT PREJUDICE.

Dated at Milwaukee, Wisconsin this 22nd day of October, 2020.

                                                                s/ Brett H. Ludwig
                                                                 Brett H. Ludwig
                                                                 United States District Judge